JOHN M. HELCK, as Administrator, etc., Appellant, *v.* HENRY
REINHEIMER et al., Impleaded, etc., Respondents.

An order of General Term granting a motion to vacate an order and judg-
ment for costs, which was irregularly entered, when by the terms of the
order it is made without prejudice, however, to an application at Special
Term for costs, is not a final order, and so, not appealable to this court.

(Argued April 14, 1890 ; decided April 22, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made February 7,
1888, which reversed an order of Special Term denying a
motion to vacate an order and judgment for costs entered
herein upon a remittitur from this court, and which granted
said motion.   The ground of the motion was that the order
and judgment were not authorized by the remittitur, and that
the order was irregularly entered.

The order of General Term contained this provision : " But
this order shall be without prejudice to any application by
the plaintiff to the Special Term for costs of this action
incurred before appeal to the General Term, and to this
court for costs of the appeal to this court."

The following is the *mem.* of opinion :

" We dismiss this appeal because the order is not final.   It
leaves the right involved to the future action of the Supreme
Court, and having been irregularly entered without the author-
ity of that court was liable to be vacated, and we must either
affirm the order or dismiss the appeal.   The latter remedy
will leave the ultimate question open to the privilege confer-
red by the General Term, since the remittitur from this
court awarded costs of the appeal in this court, and went
no further than that."

*John F. Anderson* for appellant.

*T. F. Bush* for respondents.

*Per curiam mem.* for dismissal of appeal.
All concur.
Appeal dismissed.